JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-04884-KK-DTBx** | Date: | September 24, 2026 |
| Title: | ***Mark Schmeer v. Western Express, Inc., et al.,*** | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order**

Pursuant to the parties' joint stipulation to remand this matter to the San Bernardino County Superior Court, Dkt. 14, this matter is HEREBY REMANDED to the San Bernardino County Superior Court. IT IS SO ORDERED. [JS-6]